John E. FLOOD, Jr., Susan L. Flood, Robert K. Burris, and Anne M. Burris, Individually and as Representatives of a Class of all Lot Owners of Wheeler Canyon Subdivision a/k/a Wheeler Canyon Estates and Wheeler Canyon Community Association, Plaintiffs/Respondents,

v.

CENTER GROUP INC., James Zavradinos, and Stanley Siegfried, Defendents/Appellants.

No. 70809.

Missouri Court of Appeals,
Eastern District,
Division Two.

Oct. 28, 1997.

Leslie Broome Yoffie, St. Charles, for appellant.

1. Zavradinos was named "James" in the petition.

Charles W. Niedner, Niedner, Bodeux, Charmichael, Huff and Lenox, St. Charles, for respondent.

Before CRANE, P.J., and RHODES RUSSEL and JAMES R. DOWD, JJ.

### ORDER

PER CURIAM.

Defendants Center Group, Inc. and Demetrious J. (Jim) Zavradinos[1] appeal from the trial court's judgment against them on a claim of negligence per se. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976). An opinion reciting the detailed facts and restating the principles of law would have no precedential value.

The judgment is affirmed in accordance with Rule 84.16(b).